# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

David Bradley  
CLERK

P.O. BOX 61010  
HOUSTON, TX 77208

October 24, 2012

Mr. Lyle Wyman Cayce, Clerk  
U.S. Court of Appeals, Fifth Circuit  
600 South Maestri Place  
New Orleans, LA 70130

United States Courts  
Southern District of Texas  
FILED

NOV - 5 2012

David J. Bradley, Clerk of Court

IN RE: Douglas Freuler obo Parker Drilling Company vs Robert L. Parker, Jr  
District Court Case No.: 4:10-cv-03148  
Circuit Court Case No.: 12-20260

Dear Mr. Cayce:

Enclosed is a printed copy of the certified electronic record on appeal in the above referenced matter. This record contains _5_ volumes of the printed record on appeal.

- No transcripts exist in this case.

- No sealed documents exist in this case.

Copies do not need to be returned to our Clerk's office. Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

David J Bradley, Clerk

L. Filmore  
Deputy Clerk

